UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAN K. PORTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHYAM K. CHETAL,<br><br>　　　　Defendant. | Case No. 17-mc-80068-PJH<br><br>**ORDER RE DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE ORDER**<br><br>Re: Dkt. No. 14 |

On February 27, 2018, defendant Shyam K. Chetal filed a motion to vacate a judgment entered by the U.S. District Court for the District of Nevada. Magistrate Judge Donna M. Ryu's order on that motion transferred the above-captioned matter to the District of Nevada. Dkt. 10. That transfer was effected on May 2, 2018. On May 10, 2018, defendant filed an objection to Magistrate Judge Donna M. Ryu's order.

Defendant's objection is hereby OVERRULED as moot. Defendant cannot seek post-transfer relief in this court because the action is no longer before the U.S. District Court for the Northern District of California. In addition, the U.S. District Court judge assigned the transferred action in the District of Nevada, Judge Miranda M. Du, denied defendant's motion to vacate judgment on May 4, 2018. Porter v. Chetal, 3:13-cv-00661, Dkt. 15 (D. Nev.).

**IT IS SO ORDERED.**

Dated: June 6, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge